UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TATIANA TOAWICHA,

    Plaintiff,

v.

    Case No. 3:23-cv-1189-TJC-PDB

US ASSURE INSURANCE SERVICES
OF FLORIDA INC.,

    Defendant.

## **O R D E R**

Upon review of the Joint Stipulation for Dismissal with Prejudice (Doc. 28), filed on August 27, 2024, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Jacksonville, Florida, this 30th day of August, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record